Perry M. GUYNN *v.* STATE of Arkansas

CR 98-278 968 S.W.2d 61

Supreme Court of Arkansas
Opinion delivered May 7, 1998

*Jack R. Kearney*, for appellant.

No Response.

PER CURIAM. Appellant, Perry M. Guynn, by his attorney, Jack R. Kearney, has filed a motion for leave to file a belated appeal. Appellant's attorney admits that the notice of appeal was prematurely filed due to an error on his part. Ark. R. App. P. 4.

We grant the motion for a belated appeal upon counsel's admission of error, and direct that a copy of this opinion be forwarded to the Committee on Professional Conduct. *Woods v. State*, 316 Ark. 705, 873 S.W.2d 563 (1994).